Nasser **ALMUTAIRI, Plaintiff–Appellant,**

v.

**INTERNATIONAL BROADCASTING BUREAU; Kenneth Y. Tomlinson, Defendants–Appellees.**

No. 06–2292.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2007.

Decided: April 27, 2007.

Nasser Almutairi, Appellant Pro Se.

Before WILLIAMS and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasser Almutairi seeks to appeal the district court's order dismissing his employment discrimination complaint. However, following Almutairi's filing of a notice of appeal, the district court reopened his suit, and it is currently pending. *See Almutairi v. Int'l Broadcasting Bureau,* No. 8:06–cv–02791–RWT (D.Md. Dec. 6, 2006) (reopening Case No. 8:06–cv–01929–RWT). Accordingly, we dismiss Almutairi's appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*